RICHARD MAC BRIDE, SB# 199695
LAW OFFICES OF RICHARD A. MAC BRIDE
855 Marina Bay Parkway, Suite 210
RICHMOND, CA 94804
Phone 415-730-6289
Fax 510-439-2786
Attorney for Plaintiff Richard Sepulveda

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard Sepulveda,<br><br>　　　　　Plaintiff,<br><br>Vs.<br><br>FHDA Fuel, Inc., et al.,<br><br>　　　　　Defendants. | Case Number 23-3679 DMR<br><br>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE |

Plaintiff Richard Sepulveda, through his attorney of record, Richard A. Mac Bride, hereby provides notice of voluntary dismissal with prejudice of this matter as against defendants FHDA Fuel, Inc. and Neumann Enterprises, LLC, and as to all causes of action, and requests that the clerk of the Court enter the appropriate notation on the Court's docket. Defendants FHDA Fuel, Inc. and Neumann Enterprises, LLC filed an answer (Docket #9).

Law Offices of Richard A. Mac Bride

By: Richard A. Mac Bride /s/ Richard A. Mac Bride

Attorney for Plaintiff Richard Sepulveda

November 16, 2023

Agreed to by attorney James I. Fisher, attorney for record for defendants FHDA Fuel, Inc. and Neumann Enterprises, LLC, on behalf of which defendants this attorney, James I. Fisher, filed an answer (Docket #9).

By: James I. Fisher /s/ James I. Fisher

---

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE – 23-3679 DMR

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE  – 23-3679 DMR

-2-